✓ #10109   #129497

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2011 MAY 13 PM 2: 17
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   HOBBY, Shannon R            Case No.  09-31750

Judge   MARY ANN WHIPPLE

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Toledo Clinic, Inc. | PO Box 8708<br>Toledo, OH 43623-0708 | $2.21 |

Check #10109 in the amount of $2.21 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  5/11/11

cc: Office of the U.S. Trustee